# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

YAKOV WEISLER, IN THE RIGHT OF AND
FOR THE BENEFIT OF SYCAMORE NETWORKS, INC

**SUMMONS IN A CIVIL CASE**

V.

TIMOTHY A. BARROWS, PAUL W. CHISHOLM,
GURURAJ DESHPANDE, PAUL J. FERRI,
RICHARD J. GAYNOR, JOHN W. GERDELMAN, CASE NUMBER:    0 6 - 3 6 2
FRANCES M. JEWELS, DANIEL E. SMITH,
              Defendants and
and

SYCAMORE NETWORKS, INC.,

          Nominal Defendant.

TO: (Name and address of Defendant)
    Daniel E. Smith
    c/o Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                               MAY 3 1 2006

CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 1, 2006 |
| NAME OF SERVER (PRINT) Danny P. Randolph, Jr. | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Daniel E. Smith  pursuant to 10 Del. C. §3114 by serving Corporation Trust Company at Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Copies thereof were accepted by Scott LaScala of the Corporation Trust Company

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/06
        *Date*

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.