# Chimicles & Tikellis LLP
### Attorneys at Law

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware*

June 5, 2006

**BY HAND DELIVERY**
Dr. Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Weisler v. Barrows, et. al., C.A. No. 06-362 (UNA)

Dear Dr. Dalleo:

    Service upon the individual defendants listed below was effected on June 1, 2006 by serving the registered agent in Delaware of Sycamore Networks, Inc.: Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

    Enclosed herewith are copies of the Verified Derivative Action Complaint, Summons and Return of Service for the individual Defendants in this Action. Please complete service upon the individual Defendants, Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman, Frances M. Jewels, and Daniel E. Smith, pursuant to 10 Del. C. § 3114. After diligent effort we have not been able to ascertain the residential addresses of any of the individual defendants.

    The principal executive office of Sycamore Networks, Inc. is located at:

    220 Mill Road
    Chelmsford, MA 01824

    The mailings to the individual defendants should be by registered mail and all of the services and mailings to the individual defendants should include a statement that service is being made pursuant to 10 Del. C. § 3114.



HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

Peter T. Dalleo
June 2, 2006
Page 2

    Should you have any questions, or require further information, please do not hesitate to contact me. Thank you in advance for your assistance in this matter.

                                                   Sincerely,

                                          A. Zachary Naylor (#4439)

AZN
Enclosures