OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 5, 2006

| | |
|---|---|
| Daniel E. Smith<br>220 Mill Road<br>Chelmsford, MA 01824 | Paul J. Ferri<br>220 Mill Road<br>Chelmsford, MA 01824 |
| Frances M. Jewels<br>220 Mill Road<br>Chelmsford, MA 01824 | Gururaj Deshpande<br>220 Mill Road<br>Chelmsford, MA 01824 |
| John W. Gerdelman<br>220 Mill Road<br>Chelmsford, MA 01824 | Paul W. Chisholm<br>220 Mill Road<br>Chelmsford, MA 01824 |
| Richard J. Gaynor<br>220 Mill Road<br>Chelmsford, MA 01824 | Timothy A. Barrows<br>220 Mill Road<br>Chelmsford, MA 01824 |

RE: Weisler v. Barrows, et al.
    Civil Action 06-362 UNA

Dear Sirs:

    Enclosed please find certified copies of Summons, and Complaint. Also, enclosed is a Magistrate consent form.

    This service is being made in accordance with Title 10 of the Delaware Code, Section 3114.

Very truly yours,

Elizabeth L. Strickler
Deputy Clerk

Encls.
cc: A. Zachary Naylor, Esq.
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Mailed by: _____