IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Yakov Weisler | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 06-326 UNA |
| v. | : |
| | : |
| Timothy A. Barrows et al. | : |
| | : |
| Defendants. | : |

## AFFIDAVIT

    I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Title 10 Del. Code Section 3114, I did send on June 5, 2006 by Registered mail to the following individuals to their respective addresses:

| | |
|---|---|
| Daniel E. Smith<br>220 Mill Road<br>Chelmsford, MA 01824 | Paul J. Ferri<br>220 Mill Road<br>Chelmsford, MA 01824 |
| Frances M. Jewels<br>220 Mill Road<br>Chelmsford, MA 01824 | Gururaj Deshpande<br>220 Mill Road<br>Chelmsford, MA 01824 |
| John W. Gerdelman<br>220 Mill Road<br>Chelmsford, MA 01824 | Paul W. Chisholm<br>220 Mill Road<br>Chelmsford, MA 01824 |
| Richard J. Gaynor<br>220 Mill Road<br>Chelmsford, MA 01824 | Timothy A. Barrows<br>220 Mill Road<br>Chelmsford, MA 01824 |

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

*[signature]*
Elizabeth L. Strickler
Deputy Clerk

Sworn to and subscribed before me
this 5th day of June, 2006

_____
Ronald B. Eberhard
Deputy Clerk