# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. $06 - 362$

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

Registered No. RB 858 315 005 US

| Reg. Fee $ | | Date Stamp |
|---|---|---|
| Handling Charge $ | Return Receipt $ | |
| Postage $ | Restricted Delivery $ | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance ☒ | International Indemnity is limited. (See Reverse). |

FROM:
C.A. No. 06-362
U.S. District Court
844 N. King St.
Wilmington, DE 19801
(Long Arm 10 Del. C. 3114)

TO:
Richard J. Gaynor
c/o Sycamore Networks, Inc.
220 Mill Road
Chelmsford, MA 01824

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

Registered No. RB 858 315 022 US

| Reg. Fee $ | | Date Stamp |
|---|---|---|
| Handling Charge $ | Return Receipt $ | |
| Postage $ | Restricted Delivery $ | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance ☒ | International Indemnity is limited. (See Reverse). |

FROM:
C.A. No 06-362
U.S. District Court
844 N. King St.
Wilmington DE 19801
(Long Arm 10 Del. C. 314)

TO:
Paul W. Chisholm
c/o Sycamore Networks Inc.
220 Mill Rd.
Chelmsford MA 01824

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®



Registered No. RB 858 315 025 45

| Reg. Fee $ | |
|---|---|
| Handling Charge $ | Return Receipt $ |
| Postage $ | Restricted Delivery |
| Received by | |

Date Stamp

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

**All Entries Must Be in Ballpoint or Typed**
**To Be Completed By Customer (Please Print)**

FROM:
C.A. No. 06-362
U.S. District Court
844 N. King St.
Wilmington, DE 19801
(Long Arm, 10Del. C. 3114)

TO:
Paul J. Ferri
c/o Sycamore Networks, Inc
220 Mill Road
Chelmsford, MA 01824

PS Form **3806**, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

Registered No. RB 858 315 053 45

| Reg. Fee | |
|---|---|
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by | |

Date Stamp

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Post Office**

**All Entries Must Be in Ballpoint or Typed**
**To Be Completed By Customer (Please Print)**

FROM:
CANo. 06-362/U.S District Court
844 N. King St
Wilmington DE 19801
(Long Arm, 10Del. C. 3114)

TO:
Frances M. Jewels
C/o Sycamore Networks Inc
220 Mill Rd.
Chelmsford MA 01924

PS Form **3806**, May 2004 (7530-02-000-9051)    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®