United States District Court

For the District of Delaware

## Acknowledgement of Service Form For Service By Return Receipt

Civil Action No. 06-362 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

RG scanned

2006 JUN 12 PM 3:03
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Randy Friedrich*  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                  6-8-06 |
| 1. Article Addressed to:<br><br>Paul J. Ferri<br>c/o Sycamore Networks, Inc<br>220 Mill Road<br>Chelmsford, MA<br>01824 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number<br>(Transfer from service label)   RB 858 315 075 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |