United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 06-362 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

2006 JUN 12 PH 3: 03

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG scanned

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frances M. Jewels
c/o Sycamore Networks, Inc.
220 Mill Road
Chelmsford, MA
01824

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Randy Medured_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 6-8-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540