United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-362 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

RG scanned

FILED 2006 JUN 12 PM 3:03 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Randy Fredrick* ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 6-8-06 |
| 1. Article Addressed to:<br>Timothy A. Barrows<br>c/o Sycamore Networks, Inc.<br>220 Mill Rd.<br>Chelmsford, MA 01824 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) RB 858 315 067 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540