United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-362 GMS_

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Randy Friedrich_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                 6-8-06 |
| 1. Article Addressed to:<br><br>Richard J. Gaynor<br>c/o Sycamore Networks<br>220 Mill Rd.<br>Chelmsford, MA<br>01824 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 858 315 005 US | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540