United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _O6 - 362 GMS_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Randy Freelund_ ☐ Agent ☑ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery   6-8-06 |
| 1. Article Addressed to: <br><br> Daniel E. Smith <br> c/o Sycamore Networks, Inc <br> 220 Mill Road <br> Chelmsford, MA <br> 01824 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 3. Service Type <br> ☑ Certified Mail ☐ Express Mail <br> ☑ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number <br> (Transfer from service label)   RB 858 315 036 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

RB Scanned

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 13 PM 3: 00
FILED