UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------- x

YAKOV WEISLER,

        Plaintiff,

  v.

TIMOTHY A. BARROWS, et al.,

        Defendants,

  and

SYCAMORE NETWORKS, INC.,

        Nominal Defendant.

------------------------------- x

: Civil Action
: No. 06-00362-GMS

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, that the time for nominal defendant Sycamore Networks, Inc. and defendants Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman and Daniel E. Smith to move, answer or otherwise respond to the complaint is extended to, and includes, June 30, 2006.

Dated: June 21, 2006

*/s/ Pamela S. Tikellis*
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19889
(302) 656-2500

Counsel for Plaintiff

Respectfully submitted,

*/s/ Anthony W. Clark*
Anthony W. Clark (#2051)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel Smith and Richard Gaynor

*/s/ John D. Donovan, Jr.*
John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants
Timothy A. Barrows,
Paul W. Chisholm, Paul J. Ferri
and John W. Gerdelman


SO ORDERED this ___ day of June, 2006

_____
Hon. Gregory M. Sleet