UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------- x
YAKOV WEISLER,

        Plaintiff,                Civil Action
                                       No. 06-00362-GMS

      v.

TIMOTHY A. BARROWS, et al.,

        Defendants,

      and

SYCAMORE NETWORKS, INC.,

        Nominal Defendant.
------------------------------- x

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, that the time for nominal defendant Sycamore Networks, Inc. and defendants Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman and Daniel E. Smith (collectively, "Defendants") to move, answer or otherwise respond to the complaint is extended to, and includes, June 30, 2006.

The reasons for this extension are: (1) Defendants require additional time to investigate the allegations in the Complaint and (2) Defendants have not received any prior extensions of time within which to file their responses to the Complaint. This brief extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

Dated: June 23, 2006

*[signature]*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19889
(302) 656-2500

Counsel for Plaintiff

Respectfully submitted,

*[signature]*

Anthony W. Clark (#2051)
Robert A. Weber (#4013)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel Smith and Richard Gaynor

*[signature]*

John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants
Timothy A. Barrows,
Paul W. Chisholm, Paul J. Ferri
and John W. Gerdelman

SO ORDERED this ___ day of June, 2006

_____
Hon. Gregory M. Sleet