IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YAKOV WEISLER, IN THE RIGHT OF AND FOR THE BENEFIT OF SYCAMORE NETWORKS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY A. BARROWS, PAUL W. CHISHOLM, GURURAJ DESHPANDE, PAUL J. FERRI, RICHARD J. GAYNOR, JOHN W. GERDELMAN, FRANCES M. JEWELS, and DANIEL E. SMITH,<br><br>　　　　　Defendants. | Civil Action No. 06-362 GMS |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, that the time for defendants to move, answer or otherwise respond to the complaint is extended to, and includes, fourteen days after the decision of this Court upon the motion to transfer referred to herein.

The reasons for this extension are: (1) the parties are attempting to negotiate a voluntary dismissal of this action and (2) if the parties are unsuccessful, Defendants intend to file a motion to transfer this case to the United States District Court for the District of Massachusetts, and, to the extent such a motion is denied, intend to file certain dispositive motion papers as appropriate and (3) the parties agree that attempting to negotiate a dismissal of the action is the most efficient use of resources at this time. This brief extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

*/s/ Pamela S. Tikellis*
_____
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

Counsel for Plaintiff

_____
Anthony W. Clark (#2051)
Robert A. Weber (#4013)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel Smith and Richard Gaynor

_____
John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants
Timothy A. Barrows,
Paul W. Chisholm, Paul J. Ferri
and John W. Gerdelman

_____
William O. LaMotte, III (#460)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

OF COUNSEL:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY and POPEO P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Counsel for Defendant
Frances M. Jewels

Dated: July 19, 2006

|  |  |
|---|---|
|  | /s/ Robert G. Weber |
| Pamela S. Tikellis (#2172) | Anthony W. Clark (#2051) |
| Robert J. Kriner, Jr. (#2546) | Robert A. Weber (#4013) |
| A. Zachary Naylor (#4439) | SKADDEN, ARPS, SLATE, |
| CHIMICLES & TIKELLIS LLP | MEAGHER & FLOM LLP |
| One Rodney Square | One Rodney Square |
| P.O. Box 1035 | P.O. Box 636 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 656-2500 | (302) 651-3000 |
|  |  |
| Counsel for Plaintiff | Counsel for Nominal Defendant Sycamore Networks, Inc. and Defendants Gururaj Deshpande, Daniel Smith and Richard Gaynor |

|  |  |
|---|---|
| John D. Donovan, Jr. | William O. LaMotte, III (#460) |
| Kelly Begg Lawrence | MORRIS, NICHOLS, ARSHT |
| ROPES & GRAY LLP | & TUNNELL LLP |
| One International Place | 1201 N. Market Street |
| Boston, Massachusetts 02110 | P. O. Box 1347 |
| (617) 951-7000 | Wilmington, Delaware 19899 |
|  | (302) 658-9200 |
| Counsel for Defendants |  |
| Timothy A. Barrows, | OF COUNSEL: |
| Paul W. Chisholm, Paul J. Ferri |  |
| and John W. Gerdelman | Michael S. Gardener |
|  | Michael F. Connolly |
|  | MINTZ, LEVIN, COHN, FERRIS |
|  | GLOVSKY and POPEO P.C. |
|  | One Financial Center |
|  | Boston, Massachusetts 02111 |
|  | (617) 542-6000 |
|  |  |
|  | Counsel for Defendant |
|  | Frances M. Jewels |

Dated: July 19, 2006

| | |
|---|---|
| Pamela S. Tikellis (#2172)<br>Robert J. Kriner, Jr. (#2546)<br>A. Zachary Naylor (#4439)<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, Delaware 19899<br>(302) 656-2500<br><br>Counsel for Plaintiff | Anthony W. Clark (#2051)<br>Robert A. Weber (#4013)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br><br>Counsel for Nominal Defendant<br>Sycamore Networks, Inc. and<br>Defendants Gururaj Deshpande,<br>Daniel Smith and Richard Gaynor |
| */s/ Kelly Begg Lawrence*<br>John D. Donovan, Jr.<br>Kelly Begg Lawrence<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000<br><br>Counsel for Defendants<br>Timothy A. Barrows,<br>Paul W. Chisholm, Paul J. Ferri<br>and John W. Gerdelman | William O. LaMotte, III (#460)<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br><br>OF COUNSEL:<br><br>Michael S. Gardener<br>Michael F. Connolly<br>MINTZ, LEVIN, COHN, FERRIS<br>GLOVSKY and POPEO P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 542-6000<br><br>Counsel for Defendant<br>Frances M. Jewels |

Dated: July 19, 2006

2

SO ORDERED this ___ day of July, 2006

_____
Hon. Gregory M. Sleet

529405

## CERTIFICATE OF SERVICE

I, William O. LaMotte, III, Esquire, hereby certify that copies of this **STIPULATION AND ORDER EXTENDING TIME** were served on July 19, 2006 as follows:

### BY ELECTRONIC FILING:

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Anthony W. Clark, Esquire
Robert A. Weber, Esquire
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

_____
William O. LaMotte, III (#460)