UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------- x
YAKOV WEISLER,                        :
            Plaintiff,                :   Civil Action
                                      :   No. 06-00362-GMS
      v.                              :
                                      :
TIMOTHY A. BARROWS, et al.,           :
                                      :
            Defendants.
------------------------------------- x

**DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to 28 U.S.C. § 1404(a), Nominal Defendant Sycamore Networks, Inc., and Defendants Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman, Frances M. Jewels and Daniel E. Smith (collectively with Sycamore Networks, Inc., "Defendants") hereby move to transfer this action to the United States District Court for the District of Massachusetts. The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

Dated:  July 21, 2006
        Wilmington, Delaware

*/s/*

William O. LaMotte, III (#460)
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Of counsel:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Counsel for Defendant
Frances M. Jewels

Respectfully submitted,

*/s/ Robert C. Weber*

Anthony W. Clark (#2051)
Robert A. Weber (#4013)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Of counsel:

James R. Carroll
Michael S. Hines
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel E. Smith and Richard J. Gaynor

-and-

John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants
Timothy A. Barrows,
Paul W. Chisholm, Paul J. Ferri
and John W. Gerdelman

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. LR 7.1.1, I hereby state that the Defendants have made a reasonable effort to reach agreement with the Plaintiffs on the matters set forth in the motion. Plaintiffs have advised us that they will oppose the motion.

Dated: Wilmington, Delaware
       July 21, 2006

*/s/ Robert A. Weber*
Robert A. Weber ( #4013)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel E. Smith and Richard J. Gaynor

## CERTIFICATE OF SERVICE

I, Robert A. Weber, do hereby certify that on July 21, 2006, I caused Defendants' Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) to be served the following counsel of record:

**BY HAND**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
CHIMICLES& TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

**BY FEDEX**

Jeffrey G. Smith
Lawrence P. Kolker
Gustavo Bruckner
Martin Restituyo
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

Jacob T. Fogel
LAW OFFICES OF
 JACOB T. FOGEL
32 Court Street
Suite # 602
Brooklyn, New York 11201

_____
Robert A. Weber (#4013)

3