IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YAKOV WEISLER | : |
|     Plaintiff | : |
| v. | : Civil No. 06-362 GMS |
| TIMOTHY A. BARROWS, et al. | : |
|     Defendants | : |

## **O R D E R**

WHEREAS, on May 31, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on July 21, 2006, the defendants filed a motion to transfer the case to the United States District Court for the District of Massachusetts (D.I. 28);

WHEREAS, on July 19, 2006, the parties filed a stipulation to extend time to answer or otherwise respond to the complaint 14 days after the decision of the court upon the motion to transfer (D.I. 27);

IT IS HEREBY ORDERED that:

1. The defendants' request to extend the time to answer the complaint is GRANTED IN PART and DENIED IN PART; and

2. The defendants will have until August 25, 2006, to answer the complaint.


July 24, 2006                                                                             /s/ Gregory M. Sleet
                                                                                          UNITED STATES DISTRICT JUDGE