UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YAKOV WEISLER, IN THE RIGHT OF AND FOR THE BENEFIT OF SYCAMORE NETWORKS, INC.,<br>　　　　Plaintiff,<br>v.<br><br>TIMOTHY A. BARROWS,<br>PAUL W. CHISHOLM,<br>GURURAJ DESHPANDE,<br>PAUL J. FERRI,<br>RICHARD J. GAYNOR,<br>JOHN W. GERDELMAN,<br>FRANCES M. JEWELS,<br>DANIEL E. SMITH,<br>　　　　Defendants and<br>and<br><br>SYCAMORE NETWORKS, INC.,<br><br>　　　　Nominal Defendant. | Civil Action No. 06-362 GMS<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER REGARDING BRIEFING

WHEREAS, Plaintiff filed his Compliant on May 31, 2006 and Defendants filed their Motion to Transfer Pursuant to 28 U.S.C. §1404(a) ("Motion") (D.I. 28) and Opening Brief in Support thereof (D.I. 29) on July 21, 2006;

WHEREAS the Plaintiff's answering brief is currently due to be filed on or before August 4, 2006 and Defendants' reply brief is currently due to be filed on or before August 11, 2006; and

WHEREAS Plaintiff has requested a one week extension due to New York Counsel's knee injury and Defendants graciously agreed.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1. Plaintiff's answering brief in opposition to Defendants' Motion shall be filed on or before August 11, 2006; and

2. Defendants' reply brief in support of their Motion shall be filed on or before August 18, 2006.

Dated: July 28, 2006                                                                                       Respectfully submitted,

| CHIMICLES & TIKELLIS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| *(signature)*<br>Pamela S. Tikellis (#2172)<br>Robert J. Kriner, Jr. (#2546)<br>A. Zachary Naylor (#4439)<br>One Rodney Square<br>Post Office Box 1035<br>Wilmington, DE 19899<br>Tel: (302) 656-2500<br>Fax: (302) 656-9053 | /s/ Anthony W. Clark<br>Anthony W. Clark (#2051)<br>Robert A. Weber (#4013)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000 |
| Of Counsel:<br><br>Jeffrey G. Smith<br>Lawrence P. Kolker<br>Gustavo Bruckner<br>Martin Restituyo<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016<br>Telephone: (212) 545-4600<br><br>Jacob T. Fogel, Esq.<br>LAW OFFICES OF JACOB T. FOGEL<br>32 Court Street – Suite # 602<br>Brooklyn, New York 11201<br><br>Counsel for Plaintiffs | Of Counsel:<br><br>James R. Carroll<br>Michael S. Hines<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-47800<br><br>Counsel for Nominal Defendant<br>Sycamore Networks, Inc. and Defendants<br>Gururaj Deshpande, Daniel Smith and Richard Gaynor<br><br>and<br><br>John D. Donovan, Jr.<br>Kelly Begg Lawrence<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000 |

                                      Counsel for Defendants Timothy A. Barrows, Paul W. Chishol, Paul J. Ferri and John W. Gerdelman

/s/ William O. LaMotte, III
William O. LaMotte, III (#460)
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Of Counsel:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Counsel for Defendant
Frances M. Jewels


So ORDERED this ____ day of ____, 2006

_____
Hon. Gregory M. Sleet