UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------- x
YAKOV WEISLER,

         Plaintiff,

     v.

TIMOTHY A. BARROWS, et al.,

         Defendants.
------------------------------- x

: Civil Action
: No. 06-00362-GMS

## **DECLARATION OF RICHARD J. GAYNOR**

I, Richard J. Gaynor, hereby declare as follows:

1.    I am the Chief Financial Officer, Vice President of Finance and Administration, Treasurer and Secretary of nominal defendant Sycamore Networks, Inc. ("Sycamore Networks" or the "Company"). I reside in Exeter, New Hampshire. I have been employed at Sycamore Networks since October 2004. I submit this declaration in support of Defendants' motion to transfer this action to the United States District Court for the District of Massachusetts.

2.    Sycamore Networks' principal place of business and executive offices are located in Chelmsford, Massachusetts. (Compl. ¶ 12.) All of Sycamore Networks' executives -- including myself -- work at the Company's headquarters in Chelmsford, Massachusetts. All aspects of Sycamore Networks' day-to-day business occur in Chelmsford.

3.    As Chief Financial Officer, I oversee the accounting and financial functions at Sycamore Networks, which are based at the Company's headquarters in

Chelmsford, Massachusetts. All employees in the financial and accounting departments perform their duties in Chelmsford.

4. All press releases and filings with the Securities and Exchange Commission ("SEC") are prepared, reviewed, signed and issued from Sycamore Networks' headquarters in Chelmsford. The financial information reported in those press releases and SEC filings is based on accounting work performed by Sycamore Networks' accounting staff in Chelmsford.

5. All documents and records of the Company are located in Chelmsford, Massachusetts.

6. I have reviewed the Complaint in this action. The Complaint alleges that I "conducted and/or supervised" an internal investigation in 2005 relating to prior stock option grants. (Compl. ¶ 23.) The investigation was conducted under the direction of the Audit Committee of the Board of Directors, and entirely in Massachusetts.

7. While this litigation is at an early stage, the Company, with the assistance of counsel, has identified several potential fact witnesses, all current or former employees of Sycamore Networks, with first-hand knowledge of facts and circumstances regarding the allegations in the Complaint. The Company will likely call those current and former employees to provide testimony in this matter. Each of those potential witnesses reside in Massachusetts.

8. I am not aware of any potential non-party fact witness that resides in Delaware.

9. I am not aware of any investigation into the Company's stock option practices by any U.S. Attorney's office in New York but, as Sycamore Networks previously disclosed, the Company received a grand jury subpoena from the U.S. Attorney's Office for the District of Massachusetts for documents relating to its stock option practices.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18 day of August, 2006 at Chelmsford, Massachusetts.

_____
Richard J. Gaynor

**CERTIFICATE OF SERVICE**

        I, Robert A. Weber, do hereby certify that on August 18, 2006, I caused Declaration of Richard J. Gaynor to be served upon the following counsel of record:

**BY HAND**

    Pamela S. Tikellis
    Robert J. Kriner, Jr.
    A. Zachary Naylor
    CHIMICLES & TIKELLIS LLP
    One Rodney Square
    P.O. Box 1035
    Wilmington, Delaware 19899

**BY FEDEX**

| | |
|---|---|
| Jeffrey G. Smith | Jacob T. Fogel |
| Lawrence P. Kolker | LAW OFFICES OF |
| Gustavo Bruckner |   JACOB T. FOGEL |
| Martin Restituyo | 32 Court Street |
| WOLF HALDENSTEIN ADLER | Suite # 602 |
|  FREEMAN & HERZ LLP | Brooklyn, New York 11201 |
| 270 Madison Avenue | |
| New York, New York 10016 | |

            /s/ Robert A. Weber
            Robert A. Weber (#4013)