UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YAKOV WEISLER,                              :
        Plaintiff,                       Civil Action
                                         : No. 06-00362-GMS
      v.
                                         :
TIMOTHY A. BARROWS, et al.,
                                         :
        Defendants,
                                         :
    and
                                         :
SYCAMORE NETWORKS, INC.,
                                         :
        Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, nominal defendant Sycamore Networks, Inc., and defendants Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman and Daniel E. Smith (collectively with Sycamore Networks, Inc., "Defendants") hereby move this Court for an Order dismissing all counts in the Complaint with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

Dated: August 25, 2006
      Wilmington, Delaware

Of counsel:

James R. Carroll
Michael S. Hines
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Respectfully submitted,

/s/ Robert A. Weber
Anthony W. Clark (#2051)
Robert A. Weber (#4013)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Nominal Defendant
Sycamore Networks, Inc. and
Defendants Gururaj Deshpande,
Daniel E. Smith and Richard J. Gaynor

-and-

John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants
Timothy A. Barrows,
Paul W. Chisholm, Paul J. Ferri
and John W. Gerdelman

## CERTIFICATE OF SERVICE

I, Robert A. Weber, do hereby certify that on August 25, 2006, I caused Defendants' Motion To Dismiss to be served upon the following counsel of record:

**BY HAND**

| | |
|---|---|
| Pamela S. Tikellis | Michael S. Gardener |
| Robert J. Kriner, Jr. | Michael F. Connolly |
| A. Zachary Naylor | MINTZ, LEVIN, COHN, FERRIS |
| CHIMICLES& TIKELLIS LLP | GLOVSKY & POPEO P.C. |
| One Rodney Square | One Financial Center |
| P.O. Box 1035 | Boston, Massachusetts 02111 |
| Wilmington, Delaware 19899 | |

**BY FEDEX**

| | |
|---|---|
| Jeffrey G. Smith | Jacob T. Fogel |
| Lawrence P. Kolker | LAW OFFICES OF |
| Gustavo Bruckner | JACOB T. FOGEL |
| Martin Restituyo | 32 Court Street |
| WOLF HALDENSTEIN ADLER | Suite # 602 |
| FREEMAN & HERZ LLP | Brooklyn, New York 11201 |
| 270 Madison Avenue | |
| New York, New York 10016 | |

William O. LaMotte, III
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Robert A. Weber
Robert A. Weber (#4013)