IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAKOV WEISLER, IN THE RIGHT OF AND FOR THE BENEFIT OF SYCAMORE NETWORKS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-362 GMS |
| v. | ) ) | |
| TIMOTHY A. BARROWS, PAUL W. CHISHOLM, GURURAJ DESHPANDE, PAUL J. FERRI, RICHARD J. GAYNOR, JOHN W. GERDELMAN, FRANCES M. JEWELS, and DANIEL E. SMITH, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS OF DEFENDANT FRANCES M. JEWELS

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6) and 23.1, defendant Frances M. Jewels hereby moves this Court for an Order dismissing all counts in the Complaint against her with prejudice. The grounds for this motion are set forth in Defendant Jewels' opening brief in support of this motion, which is submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ William O. LaMotte, III_
William O. LaMotte, III (#460)
1201 N. Market Street
P. O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
  Attorneys for Defendant Frances M. Jewels

OF COUNSEL:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY and POPEO P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

August 25, 2006

534317

## CERTIFICATE OF SERVICE

I, William O. LaMotte, III, Esquire, hereby certify that copies of **MOTION TO DISMISS OF DEFENDANT FRANCES M. JEWELS** were served on August 25, 2006 as follows:

### BY ELECTRONIC FILING:

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE  19899

Anthony W. Clark, Esquire
Robert A. Weber, Esquire
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

_____
William O. LaMotte, III (#460)