UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YAKOV WEISLER, IN THE RIGHT OF AND FOR THE BENEFIT OF SYCAMORE NETWORKS, INC., <br>         Plaintiff, <br> v. <br><br> TIMOTHY A. BARROWS, <br> PAUL W. CHISHOLM, <br> GURURAJ DESHPANDE, <br> PAUL J. FERRI, <br> RICHARD J. GAYNOR, <br> JOHN W. GERDELMAN, <br> FRANCES M. JEWELS, <br> DANIEL E. SMITH, <br>         Defendants and <br> and <br><br> SYCAMORE NETWORKS, INC., <br><br>         Nominal Defendant. | Civil Action No. 06-362 GMS |

**STIPULATION AND ORDER REGARDING BRIEFING**

WHEREAS, Plaintiff filed his Complaint on May 31, 2006 and Defendants filed their Motions to Dismiss (D.I. 35, 38) and Opening Briefs in Support thereof (D.I. 36, 39) on August 25, 2006;

WHEREAS the Plaintiff's answering brief is currently due to be filed on or before September 11, 2006 and Defendants' reply brief is currently due to be filed on or before September 18, 2006; and

WHEREAS Plaintiff has requested an extension of time to file the answering brief due to New York Counsel's full schedule over the next several weeks and Defendants have agreed.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1. Plaintiff's answering brief in opposition to Defendants' Motion shall be filed on or before October 5, 2006; and

2. Defendants' reply briefs in support of their Motions shall be filed on or before October 28, 2006.

Dated: September 6, 2006                                                         Respectfully submitted,

CHIMICLES & TIKELLIS LLP                         SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP


   /s/ Pamela S. Tikellis                           /s/ Anthony W. Clark
Pamela S. Tikellis (#2172)                       Anthony W. Clark (#2051)
Robert J. Kriner, Jr. (#2546)                    Robert A. Weber (#4013)
A. Zachary Naylor (#4439)                        SKADDEN, ARPS, SLATE,
One Rodney Square                                MEAGHER & FLOM LLP
Post Office Box 1035                             One Rodney Square
Wilmington, DE 19899                             P.O. Box 636
Tel: (302) 656-2500                              Wilmington, Delaware 19899
Fax: (302) 656-9053                              (302) 651-3000

Of Counsel:                                      Of Counsel:

Jeffrey G. Smith                                 James R. Carroll
Lawrence P. Kolker                               Michael S. Hines
Gustavo Bruckner                                 SKADDEN, ARPS, SLATE,
Martin Restituyo                                 MEAGHER & FLOM LLP
WOLF HALDENSTEIN ADLER                           One Beacon Street
FREEMAN & HERZ LLP                               Boston, Massachusetts 02108
270 Madison Avenue                               (617) 573-47800
New York, New York 10016
Telephone: (212) 545-4600                        Counsel for Nominal Defendant
                                                 Sycamore Networks, Inc. and Defendants
Jacob T. Fogel, Esq.                             Gururaj Deshpande, Daniel Smith and Richard
LAW OFFICES OF JACOB T. FOGEL                    Gaynor
32 Court Street – Suite # 602                                    and
Brooklyn, New York 11201
                                                 John D. Donovan, Jr.
Counsel for Plaintiffs                           Kelly Begg Lawrence
                                                 ROPES & GRAY LLP
                                                 One International Place
                                                 Boston, Massachusetts 02110
                                                 (617) 951-7000

2

        Counsel for Defendants Timothy A. Barrows, Paul W. Chishol, Paul J. Ferri and John W. Gerdelman

\_\_\_/s/ William O. LaMmotte, III_____
William O. LaMotte, III (#460)
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Of Counsel:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Counsel for Defendant
Frances M. Jewels

So ORDERED this \_\_\_\_ day of \_\_\_\_\_, 2006

_____
Hon. Gregory M. Sleet