# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

October 5, 2006

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

     **Re:**    **Weisler v. Barrows et.al., C.A. No. 06-362(GMS)**

Dear Judge Sleet:

     Plaintiff's filed an Amended Derivative Complaint in the above reference matter on October 4, 2006. The Amended Derivative Complaint supersedes the original complaint filed in this matter. Accordingly, I write to inform Your Honor that Plaintiff will not be filing an answering brief on the Defendants' Motion to Dismiss, as that Motion is now moot.

     Respectfully,

Pamela S. Tikellis

PST/ald
cc:    Clerk of the Court (via CM/ECF)
       Anthony W. Clark, Esquire (via e-mail)
       William O. LaMotte, III, Esquire (via e-mail)
       Larry Kolker, Esquire (via e-mail)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633