# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William O. LaMotte, III
302 351 9288
302 425 3019 Fax
wlamotte@mnat.com

October 6, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lockbox 19
Wilmington, Delaware 19801

Re: *Weisler v. Barrows*, et al., Civ. A. No. 06-00362-GMS

Dear Judge Sleet:

We represent defendant, Frances M. Jewels in this action. For the reasons set forth by Mr. Weber, counsel for other defendants, in his October 6 letter to you, we concur that defendants' motion to transfer is not rendered moot by the filing of plaintiff's Amended Complaint. Moreover, we join in the request of other defendants that the Court extend the time in which all defendants must respond to the Amended Complaint until 20 days after a ruling on the fully briefed motion to transfer.

Respectfully submitted,

William O. LaMotte, III (#460)

WOL/bag

cc:  Clerk of the Court (via CM/ECF)
     Pamela S. Tikellis (via e-mail)
     Robert A. Weber (via e-mail)