# UNITED STATES DISTRICT COURT

District of       Delaware

YAKOV WEISLER IN THE RIGHT OF AND
FOR THE BENEFIT OF SYCAMORE NETWORKS,
INC.

**SUMMONS IN A CIVIL CASE**

V.

TIMOTHY A. BARROWS, PAUL W. CHISHOLM,
GURURAJ DESHPANDE, PAUL J. FERRI,
RICHARD J. GAYNOR, JOHN W. GERDELMAN,
FRANCES M. JEWELS, DANIEL E. SMITH,
ANITA BREARTON, KURT TRAMPEDACH, JEFFRY
A. KIEL, KEVIN J. OYE,
-and-
SYCAMORE NETWORKS, INC.,

CASE NUMBER: 06-00362 (GMS)

TO: (Name and address of Defendant)

Kevin J. Oye
c/o Robert A. Weber, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Brown, Esq.
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

10/6/06

CLERK

_Monica Measley_

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>October 9, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XX Other (specify):  Served: Kevin J. Oye   , served by hand to party's agent
    Robert A. Weber, Esq., Skadden Arps Meagher & Flom LLP, Wilmington
    DE, 19899 per agreement

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10-9-06___
              *Date*

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.