# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

YAKOV WEISLER IN THE RIGHT OF AND
FOR THE BENEFIT OF SYCAMORE NETWORKS,
INC.

## SUMMONS IN A CIVIL CASE

V.

TIMOTHY A. BARROWS, PAUL W. CHISHOLM,
GURURAJ DESHPANDE, PAUL J. FERRI,
RICHARD J. GAYNOR, JOHN W. GERDELMAN,
FRANCES M. JEWELS, DANIEL E. SMITH,
ANITA BREARTON, KURT TRAMPEDACH, JEFFRY
A. KIEL, KEVIN J. OYE,
-and-
SYCAMORE NETWORKS, INC.,

CASE NUMBER: 06-00362 (GMS)

TO: (Name and address of Defendant)
    Jeffry A. Kiel
    c/o Robert A. Weber, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    One Rodney Square
    Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Daniel J. Brown, Esq.
    Chimicles & Tikellis LLP
    One Rodney Square
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    10/6/06

CLERK                                              DATE

*Monica Mosley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE October 9, 2006 |
|---|---|

| NAME OF SERVER (PRINT) Danny P. Randolph, Jr. | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX Other (specify): Served: Jeffry A. Kiel , served by hand to party's agent Robert A. Weber, Esq., Skadden Arps Meagher & Flom LLP, Wilmington DE, 19899 per agreement

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/9/06___
Date

Signature of Server

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.