UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------- x
YAKOV WEISLER,
:
        Plaintiff,              Civil Action
:  No. 06-00362-GMS
v.
:
TIMOTHY A. BARROWS, et al.,
:
        Defendants,
:
and
:
SYCAMORE NETWORKS, INC.,
:
        Nominal Defendant.
------------------------------- x

**STIPULATION AND ORDER EXTENDING TIME**

Plaintiff Yakov Weisler ("Plaintiff") and defendants Sycamore Networks, Inc. ("Sycamore Networks"), Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman, Frances M. Jewels, Daniel E. Smith, Anita Brearton, Kurt Trampedach, Jeffry A. Kiel and Kevin J. Oye (collectively, "Defendants"), by their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 31, 2006, Plaintiff filed a verified derivative action complaint (the "Complaint") with this Court;

WHEREAS, on July 21, 2006, Sycamore Networks and the originally named defendants filed a Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) (the "Transfer Motion");

WHEREAS, the Transfer Motion was fully briefed on August 18, 2006;

WHEREAS, on August 25, 2006, Sycamore Networks and the originally named defendants moved to dismiss the Complaint;

WHEREAS, on October 4, 2006, Plaintiff filed an amended derivative action complaint (the "Amended Complaint");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that the time for Defendants to answer, move or otherwise respond to the Amended Complaint shall be extended to 20 days after this Court rules on the fully-briefed, pending Transfer Motion, in the event such motion is denied. The reasons for this extension are: (1) to avoid the costs associated with briefing an additional motion to dismiss before this Court rules on the Transfer Motion and (2) the parties agree that postponing Defendants' response to the Amended Complaint until the Transfer Motion is resolved is the most efficient use of resources.

To the extent the Court prefers Defendants to respond to the Amended Complaint prior to ruling on the Transfer Motion, the parties stipulate that the time for Defendants to answer, move or otherwise respond to the Amended Complaint is extended to, and includes, November 20, 2006. The reasons for this extension are: (1) Defendants require additional time to investigate the new allegations in the Amended Complaint; (2) the parties agree that coordinating the responses of all Defendants, including the four new defendants named in the Amended Complaint, is the most efficient use of resources. This brief extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

Dated: October 19, 2006                    Respectfully submitted,


/s/ Pamela S. Tikellis                     /s/ Robert A. Weber
Pamela S. Tikellis (#2172)                 Anthony W. Clark (#2051)
Robert J. Kriner, Jr. (#2546)              Robert A. Weber (#4013)
A. Zachary Naylor (#4439)                  SKADDEN, ARPS, SLATE,
CHIMICLES & TIKELLIS LLP                     MEAGHER & FLOM LLP
One Rodney Square                          One Rodney Square
P.O. Box 1035                              P.O. Box 636
Wilmington, Delaware 19889                 Wilmington, Delaware 19899
(302) 656-2500                             (302) 651-3000

Counsel for Plaintiff                      Of counsel:

                                           James R. Carroll
_____                Michael S. Hines
William O. LaMotte, III (#460)             SKADDEN, ARPS, SLATE,
MORRIS, NICHOLS, ARSHT                       MEAGHER & FLOM LLP
  & TUNNELL LLP                            One Beacon Street
1201 N. Market Street                      Boston, Massachusetts 02108
P.O. Box 1347                              (617) 573-4800
Wilmington, Delaware 19899
(302) 658-9200                             Counsel for Nominal Defendant Sycamore
                                           Networks, Inc. and Defendants Gururaj
Of counsel:                                Deshpande, Daniel E. Smith, Richard J.
                                           Gaynor, Anita Brearton, Kurt Trampedach,
Michael S. Gardener                        Jeffry A. Kiel and Kevin J. Oye
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS                          -and-
  GLOVSKY and POPEO, P.C.
One Financial Center                       John D. Donovan, Jr.
Boston, Massachusetts 02111                Kelly Begg Lawrence
(617) 542-6000                             ROPES & GRAY LLP
                                           One International Place
Counsel for Defendant                      Boston, Massachusetts 02110
Frances M. Jewels                          (617) 951-7000

                                           Counsel for Defendants Timothy A.
                                           Barrows, Paul W. Chisholm, Paul J. Ferri
                                           and John W. Gerdelman


SO ORDERED this ___ day of October, 2006



_____
Hon. Gregory M. Sleet

3

Dated: October 19, 2006

Respectfully submitted,

---

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19889
(302) 656-2500

Counsel for Plaintiff

---

William O. LaMotte, III (#460)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Of counsel:

Michael S. Gardener
Michael F. Connolly
MINTZ, LEVIN, COHN, FERRIS
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Counsel for Defendant
Frances M. Jewels

---

Anthony W. Clark (#2051)
Robert A. Weber (#4013)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Of counsel:

James R. Carroll
Michael S. Hines
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Nominal Defendant Sycamore Networks, Inc. and Defendants Gururaj Deshpande, Daniel E. Smith, Richard J. Gaynor, Anita Brearton, Kurt Trampedach, Jeffry A. Kiel and Kevin J. Oye

-and-

John D. Donovan, Jr.
Kelly Begg Lawrence
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Counsel for Defendants Timothy A. Barrows, Paul W. Chisholm, Paul J. Ferri and John W. Gerdelman

---

SO ORDERED this ___ day of October, 2006

---

Hon. Gregory M. Sleet

3