UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YAKOV WEISLER,
      :
    Plaintiff,          Civil Action
      :    No. 06-00362-GMS
   v.
      :
TIMOTHY A. BARROWS, et al.,
      :
    Defendants,
      :
   and
      :
SYCAMORE NETWORKS, INC.,
      :
    Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER EXTENDING TIME

Plaintiff Yakov Weisler ("Plaintiff") and defendants Sycamore Networks, Inc. ("Sycamore Networks"), Timothy A. Barrows, Paul W. Chisholm, Gururaj Deshpande, Paul J. Ferri, Richard J. Gaynor, John W. Gerdelman, Frances M. Jewels, Daniel E. Smith, Anita Brearton, Kurt Trampedach, Jeffry A. Kiel and Kevin J. Oye (collectively, "Defendants"), by their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 21, 2006, Sycamore Networks and the originally named defendants filed a Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) (the "Transfer Motion");

WHEREAS, the Transfer Motion was fully briefed on August 18, 2006;

WHEREAS, on November 6, 2006, the Court granted the Transfer Motion, and ordered this case transferred to the United States District Court for the District of Massachusetts;

WHEREAS, by electronic order dated October 19, 2006, Defendants must move, answer or otherwise respond to the Amended Complaint (D.I. 42) by November 20, 2006;

WHEREAS, there are two related cases pending in the District of Massachusetts, captioned <u>Vanpraet v. Deshpande, et al.</u>, Civ. A. No. 06-11130-RCL; <u>Patel v. Deshpande, et al.</u>, Civ. A. No. 06-11207-RCL (collectively, the "Massachusetts Actions");

WHEREAS, Plaintiff is coordinating with plaintiffs in the Massachusetts Actions for the consolidation of the cases, and the filing of a consolidated amended complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that the time for Defendants to answer, move or otherwise respond to the Amended Complaint until 45 days after the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with a motion to consolidate and for the selection of a lead plaintiff/counsel or otherwise, or by agreement of the Plaintiffs in the above-captioned action and the plaintiffs in the Massachusetts Actions.  The reasons for this extension are (i) to allow for the consolidation of all shareholder derivative cases filed in the federal courts on behalf of nominal defendant Sycamore Networks and (ii) for the filing of a consolidated amended complaint.

Dated: November 20, 2006          Respectfully submitted,

/s/ Pamela S. Tikellis                                    /s/ Robert A. Weber
Pamela S. Tikellis (#2172)                         Anthony W. Clark (#2051)
Robert J. Kriner, Jr. (#2546)                      Robert A. Weber (#4013)
A. Zachary Naylor (#4439)                       SKADDEN, ARPS, SLATE,
CHIMICLES & TIKELLIS LLP                    MEAGHER & FLOM LLP
One Rodney Square                                    One Rodney Square
P.O. Box 1035                                              P.O. Box 636
Wilmington, Delaware 19889                    Wilmington, Delaware 19899
(302) 656-2500                                            (302) 651-3000

Counsel for Plaintiff                                   Of counsel:

                                                                  James R. Carroll
                                                                  Michael S. Hines
/s/ William O. LaMotte, III                         SKADDEN, ARPS, SLATE,
William O. LaMotte, III (#460)                     MEAGHER & FLOM LLP
MORRIS, NICHOLS, ARSHT                      One Beacon Street
 & TUNNELL LLP                                       Boston, Massachusetts 02108
1201 N. Market Street                                (617) 573-4800
P.O. Box 1347
Wilmington, Delaware 19899                    Counsel for Nominal Defendant Sycamore
(302) 658-9200                                            Networks, Inc. and Defendants Gururaj
                                                                  Deshpande, Daniel E. Smith, Richard J.
Of counsel:                                                 Gaynor, Anita Brearton, Kurt Trampedach,
                                                                  Jeffry A. Kiel and Kevin J. Oye
Michael S. Gardener
Michael F. Connolly                                        -and-
MINTZ, LEVIN, COHN, FERRIS
 GLOVSKY and POPEO, P.C.                    John D. Donovan, Jr.
One Financial Center                                 Kelly Begg Lawrence
Boston, Massachusetts 02111                    ROPES & GRAY LLP
(617) 542-6000                                            One International Place
                                                                  Boston, Massachusetts 02110
Counsel for Defendant                              (617) 951-7000
Frances M. Jewels
                                                                  Counsel for Defendants Timothy A.
                                                                  Barrows, Paul W. Chisholm, Paul J. Ferri
                                                                  and John W. Gerdelman

SO ORDERED this ___ day of November, 2006

_____
Hon. Gregory M. Sleet