OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2006

United States District Court for the
District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    RE:    Yakov Weisler v. Barrows, et al.
             Civil Action No. 06-362 GMS

Dear Clerk:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X)    Certified copy of the docket sheet
    (X)    Certified copy of the Order of Transfer

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: /s/ Marie McDavid
Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____ .

_____
**Signature**