OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK
2006 DEC -6 PM 4: 13

FILED
IN CLERKS OFFICE

2006 NOV 30 P 2: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2006

United States District Court for the
District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

06 CA 12149 RGS

RE:   Yakov Weisler v. Barrows, et al.
      Civil Action No. 06-362 GMS

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X)   Certified copy of the docket sheet
(X)   Certified copy of the Order of Transfer

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: /s/ Marie McDavid
     Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on _____.

_____
**Signature**