**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| YAKOV WEISLER, IN THE RIGHT OF AND FOR THE BENEFIT OF SYCAMORE NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY A. BARROWS, PAUL W. CHISHOLM, GURURAJ DESHPANDE, PAUL J. FERRI, RICHARD J. GAYNOR, JOHN W. GERDELMAN, FRANCES M. JEWELS, DANIEL E. SMITH, ANITA BREARTON, KURT TRAMPEDACH, JEFFRY A. KIEL, KEVIN J. OYE, <br><br> Defendants, <br> and <br><br> SYCAMORE NETWORKS, INC., <br><br> Nominal Defendant. | Civil Action No.06-00362-GMS |

**NOTICE OF WITHDRAW**

TO:    Clerk of the Court
       District Court of Delaware
       800 N. King Street
       Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel J. Brown, Esquire as attorney for Plaintiff Yakov Weisler.

CHIMICLES & TIKELLIS LLP

Daniel J. Brown (I.D. No. 4688)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: January 29, 2007